STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. HAEFEL
COHN, DEFENDANT IN ERROR.

Argued November 27, 1918—Decided March 3, 1919.

On error to the Supreme Court, in which court the following memorandum was filed by Chief Justice Gummere:

"The only question to be determined in this case is whether the crime of which the defendant was convicted had been outlawed prior to the finding of the indictment. For the reasons set forth in the opinion which was delivered by us at the present term, in the case of State *v.* Morris Rudner (*ante p.* 20) we consider that it was. The judgment under review must therefore be reversed.

For the plaintiff in error, *A. Dayton Oliphant* and *Martin P. Devlin.*

For the defendant in error, *Harry Heher, Aaron V. Dawes* and *John A. Montgomery.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of the Chief Justice.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.